

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  07/13/2026   Aaron Oneil _____

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Northern District of Alabama _____ .

Case number:  26-80710

Certificate number:  ALN26-807104916234

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance